# Exhibit 1

# STATEMENT OF CLAIMS
## SMALL CLAIMS COURT OF DALLAS COUNTY, TEXAS

Case No. JS20AWYSD

Precinct/County 00C

Receipt No. _____

**PLAINTIFF(S):** Lucas Horton
**STREET ADDRESS:** 1202 Stratford dr.
**CITY, STATE, ZIP CODE:** Richardson TX 75080
**HOME PHONE:** _____
**BUSINESS PHONE:** 214 909 3341

VS.

**DEFENDANT(S):** Sunpath LTD
**STREET ADDRESS:** 50 Braintree Hill Park Suite 310
**CITY, STATE, ZIP CODE:** Braintree, MA 02184
**HOME PHONE:** _____
**BUSINESS PHONE:** 888-990-7786

**PERSON(S) TO BE SERVED:** Delaware Registered Agent Solutions
**STREET ADDRESS:** 9 E. Loockermen St Suite 311
**CITY, STATE, ZIP CODE:** Dover, DE 19901
**PHONE:** 888-716-7274

*****************************************************************

X  Defendant(s) is/are justly indebted to Plaintiff in the sum of $ 9000, along with Costs of court for the following reason(s). See attached.

_____

**OR**

____ Defendant(s) is/are justly indebted to Plaintiff(s) for *return of the following described Property:*

_____

_____ valued at $ _____.

**AND** there are not counterclaims existing in favor of Defendant(s) against Plaintiff(s) except: _____

[Stamp: CLERK / 2020 JUN -- PM 2:15 / JUSTICE OF THE PEACE PRECINCT DALLAS TEXAS]

**PLAINTIFF(s) REQUEST(s):** a judgment for a sum of money against Defendant(s), plus pre-judgment interest, plus reasonable attorney fees, plus all costs of court, plus post-judgment interest at the highest legal rate.

_____
Plaintiff's Attorney

_____
Address and Suite No.

_____  _____  _____
City                State        Zip

_____  _____
Phone                Fax

_____
Bar Card # _____

ANY LEGAL QUESTIONS WILL NOT BE ANSWERED BY THIS COURT.
LEGAL AIDE: 214-748-1234

Information on Small Claims can be found at: Website: www.JudgeMO.org

**Unsworn Declaration**
(Texas Civil Practice and Remedies Code, Section 132.001)

I am the ___✓___ Plaintiff  _____ Attorney of Record for the Plaintiff in this proceeding

Printed Name  Lucas Horton

Street Address/City/State/Zip
1202 Stratford dr., Richardson, Tx, 75080

Phone Number/Fax Number
214-909-3341

I declare under penalty of perjury that all information in the attached document titled, Statement of Claims, is true and correct.

Penalty for making or using a false affidavit — a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in title 18 United States Code, or imprisoned for not more than one year, or both.

_L. Hort_
Signature

6-9-2020
Date

Judge Margaret O'Brien, Justice of the Peace 2-1
140 N. Garland Avenue, Garland, TX 75040
Phone: (214) 643-4773  Fax: (214)643-4772
Website: www.JudgeMO.org

[Stamp: CLERK — JUSTICE OF THE PEACE PRECINCT 2-1 DALLAS COUNTY TEXAS — 2020 JUN 19 PM 2:45]

I was called by (214) 909-7485 on 2/10, (214) 909-5125 on 2/20, (214) 909-4406 on 4/6, (214)-909-9286 on 4/11, (214)-909-6654 on 4/24, and by (214) 909 7902 on 5/11. Under Chapter 305 of Title 10 of the Business and Commerce code of Texas, I am owed $9000.

305.053. CIVIL ACTION. (a) A person who receives a communication that violates 47 U.S.C. Section 227, a regulation adopted under that provision, or Subchapter A may bring an action in this state against the person who originates the communication for:

    (1) an injunction;

    (2) damages in the amount provided by this section; or

    (3) both an injunction and damages.

(b) A plaintiff who prevails in an action for damages under this section is entitled to the greater of:

    (1) $500 for each violation; or

    (2) the plaintiff's actual damages.

(c) If the court finds that the defendant committed the violation knowingly or intentionally, the court may increase the amount of the award of damages under Subsection (b) to not more than the greater of:

    (1) $1,500 for each violation; or

    (2) three times the plaintiff's actual damages.