# Exhibit 2

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

7/2/2020

James Kelly
**SunPath LTD.**
50 Braintree Hill Park
Suite 310
Braintree, MA 02184 USA

**NOTICE OF CONFIDENTIALITY**

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE:   SunPath LTD.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review.  A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer:  N/A

**SERVICE INFORMATION**

| | |
|---|---|
| Service Date: | 7/2/2020 |
| Service Time: | 3:05PM EDT |
| Service Method: | Deputy Sheriff |

**RASi REFERENCE INFORMATION**

| | |
|---|---|
| Service No.: | 0141638 |
| RASi Office: | Delaware |
| Rec. Int. Id.: | JLW |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | JS2000148D |
| File Date: | 06/22/2020 |
| Jurisdiction: | TEXAS SMALL CLAIMS COURT OF DALLAS COUNTY |
| Case Title: | LUCAS HORTON  VS.  SUNPATH LTD. |

**ANSWER / APPEARANCE INFORMATION**

14 days

*(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

| | |
|---|---|
| Firm/Issuing Agent: | N/A |
| Attorney/Contact: | LUCAS HORTON |
| Location: | Texas |
| Telephone No.: | 214-909-3341 |

**DOCUMENT(S) RECEIVED & ATTACHED**

Summons
OtherDetail: STATEMENT OF CLAIM

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission.  The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery.  If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

THE STATE OF TEXAS

DOCKET NO: JS20-00148D

SUIT DESCRIPTION:
SEE ATTACHED PETITION

TO THE DEFENDANT: SUNPATH LTD REGISTERED AGENT SOLUTIONS

SHERIFF'S HAND
KENT COUNTY, DEL.
2020 JUL -2 PM 12:05

PLAINTIFF(S):
HORTON, LUCAS
1202 STRATFORD DR
RICHARDSON, TX 75080
(214) 909 3341

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY, OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

VS.
DEFENDANT(S):
SUNPATH LTD
REGISTERED AGENT SOLUTIONS
9 E LOOCKERMAN ST STE 311
DOVER, PE 19901
       DE
(888) 716 7274

IF YOU FAIL TO FILE AN ANSWER, JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. A COPY OF PLAINTIFF'S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

CITATION
IN THE JUSTICE COURT

FILED ON: 06-19-2020

GIVEN UNDER MY HAND OFFICIALLY, THIS JUNE 22, 2020.

*Margaret O'Brien*

JUDGE MARGARET O'BRIEN
JUSTICE OF THE PEACE
PRECINCT 2 PLACE 1
DALLAS COUNTY

CITATION ISSUED: 06-22-2020
CITATION ISSUED TO
    PL-OOC /WL

MARGARET O BRIEN
JUSTICE OF THE PEACE
PRECINCT 2, PLACE 1
DALLAS COUNTY
140 N. GARLAND AVE.
GARLAND, TEXAS 75040
(214) 643-4773