UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON,        Plaintiff, | § § § |
| v. | § § Civil Action No. 3:20-CV-1884-B-BH |
| SUNPATH, LTD.,        Defendant. | § § § |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant SunPath, Ltd.'s Motion to Dismiss Plaintiff's Amended Complaint*, filed August 26, 2020 (doc. 22), is **GRANTED in part**.  By separate judgment, this action will be **DISMISSED without prejudice** for lack of personal jurisdiction.

SIGNED this 15th day of March, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE