UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-1884-B-BH |
| | § | |
| SUNPATH, LTD., | § | |
| Defendant. | § | |

## JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. This action is **DISMISSED without prejudice** for lack of personal jurisdiction.

2. The taxable costs of court, as calculated by the clerk of the court, are assessed against the plaintiff.

3. The clerk of the court shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

SIGNED this 15th day of March, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE